1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8         CENTRAL DISTRICT OF CALIFORNIA
9              WESTERN DIVISION
10

| | |
|---|---|
| **STEPHEN S. LUCAS,** ) | No. ED CV 13-00310-VBF (VBK) |
| ) | |
| **Petitioner,** ) | ORDER ACCEPTING FINDINGS AND |
| ) | RECOMMENDATIONS OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| MATTHEW CATE et al., ) | Overruling Petitioner's Objections and Denying a |
| ) | Certificate of Appealability |
| Respondents. ) | |
| ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected (*see* Document 105).

//
//
//
//
//
//
//

**IT IS ORDERED** that: (1) the Court overrules petitioner's objections; (2) the Court accepts the findings and recommendations of the Magistrate Judge, and (3) the Court declines to issue a Certificate of Appealability ("COA").[1]

DATED: July 1, 2014

_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000) (internal quotation marks omitted); *see also Miller-El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029 (2003).

"The Court is mindful that it 'must resolve doubts about the propriety of a COA in the petitioner's favor', *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2012) (citing *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) (en banc)), but no such doubt exists here." *Cornish v. Brazleton*, 2014 WL 1457768, *2 (C.D. Cal. Apr. 15, 2014) (Fairbank, J.). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.