UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEPHEN S. LUCAS,** | No. ED CV 13-00310-VBF (VBK) |
| **Petitioner,** | JUDGMENT |
| v. | |
| MATTHEW CATE, et al., | |
| Respondents. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the petitioner's claim for ineffective assistance of counsel is denied and dismissed with prejudice and that all other claims are dismissed without prejudice.

DATED:   July 1, 2014

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE